FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 JAN 30 AM 9: 11

CLERK /s/
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

KEVIN L. MONTGOMERY, )
)
    Plaintiff, )
)
v. ) CV 604-142
)
WARDEN RICH, DR. SAAD, )
)
    Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Defendant's summary judgment motion is **GRANTED** and plaintiff's complaint is **DISMISSED**.

SO ORDERED this 30 day of January, 2006.

/s/ B. Avant Edenfield
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA